CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

WAYNE M. ABB (SBN: 91625)
wayne@nussbaumapc.com
LAW OFFICES OF WAYNE M. ABB
21601 Vanowen St. Suite 208
Canoga Park, CA 91303
Telephone: (818) 760-8035
Facsimile: (818) 657-0125
Attorney for Defendant
RHH Partners, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RHH PARTNERS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:18-CV-03101-GW-MRW<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: November 30, 2018        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: November 30, 2018        LAW OFFICES OF WAYNE M. ABB

By: /s/ Wayne M. Abb
    Wayne M. Abb
    Attorney for Defendant
    RHH Partners, LLC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Wayne M. Abb, counsel for RHH Partners, LLC, and that I have obtained Mr. Abb's authorization to affix his electronic signature to this document.

Dated: November 30, 2018          CENTER FOR DISABILITY ACCESS

                                  By: /s/ Phyl Grace
                                      Phyl Grace
                                      Attorney for Plaintiff